[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  16-17014
Non-Argument Calendar
_____

D.C. Docket No. 3:15-cr-00005-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS PORTER,
a.k.a. Dirt,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(November 20, 2017)

Before MARTIN, JULIE CARNES and JILL PRYOR Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399

F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of

the right to appeal difficult or debatable legal issues).